UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRAVIS MORIN,

                        Petitioner,

v.                                               <u>ORDER</u>

EARL BELL,                                  No. 18-CV-05768 (PMH)

                        Respondent.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On May 31, 2022, Petitioner filed a letter seeking leave to file objections to the Report and Recommendation issued by Magistrate Judge McCarthy on June 11, 2021 (Doc. 20). (Doc. 25). Petitioner previously filed a letter on December 8, 2021, with a similar request. (Doc. 22) The Court had directed Respondent to file a response to the December 8, 2021 letter by December 16, 2021 (Doc. 23), but Respondent has not filed a response to date. Accordingly, Respondent is directed to respond by 5:00 p.m. on June 8, 2022—by letter filed via ECF and served on Petitioner, with proof of service—to the requests set forth in Petitioner's December 8, 2021 and May 31, 2022 letters.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the address listed on the docket.

                                                     **SO-ORDERED:**

Dated: White Plains, New York
         June 1, 2022

                                              _____
                                              Philip M. Halpern
                                              United States District Judge